# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-8023
Owners:  Artemio Barajas, *et al.*
Acres:  0.962

**Being** a 0.962 of one acre (41,924 square feet) parcel of land, more or less, being out of the Antonio de la Rosa Survey, Abstract No. 148, Porción 85, Starr County, Texas, being out of a called 26.71 acre tract conveyed to Francisca Lopez Garcia, Lorenzo Lopez, Alfredo Garcia, Zaragoza Garcia, Antonio Garcia, Clemencia Garza Cantu and Guadalupe Garza by Final Decree of Partition recorded in Volume 227, Page 85, Deed Records of Starr County, Texas (Share 12), being the same tract of land conveyed to Antonio Garcia by Warranty Deed recorded In Volume 364, Page 165, Deed Records of Starr County, Texas and being the same tract of land conveyed to Salvador Barajas and Nora Edna G. Barajas by Warranty Deed recorded in Volume 426, Page 805, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-8023 8024", said point being at a southeasterly exterior corner of the 26.71 acre tract and a northerly southwest corner of a called 229.84 acre tract described in the Final Decree of Partition recorded in Volume 227, Page 85, Deed Records of Starr County, Texas (Share 23-A) and being the same tract of land conveyed to Al E. Margo, Frederick J. Margo, Richard L. Margo and Virginia Gail Margo by Special Warranty Deed recorded in Volume 1239, Page 499, Official Records of Starr County, Texas, said point being in the south line of a called 0.80 acre tract conveyed to Gilberto Chapa Jr. by Deed of Gift recorded in Volume 943, Page 3, Official Records of Starr County, Texas (Share 7), said point having the coordinates of N=16646265.652, E= 900625.875, said point bears S 67°41'06" E, a distance of 1478.74' from United States Army Corps of Engineers Control Point No. SS12-2019;

**Thence:** S 09°42'38" W (S 09°15'00" W, Record), departing the south line of the 0.80 acre tract, with the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, for a distance of 35.12' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-1=8024-1" for the **Point of Beginning** and northeast corner of Tract RGV-RGC-8023, said point being in the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, said point having the coordinates of N=16646231.034, E=900619.951;

## SCHEDULE C (Cont.)

**Thence:** S 09°42'38" W (S 09°15'00" W, Record), continuing with the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, for a distance of 227.10' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-2=8024-9" in the east line of Tract RGV-RGC-8023, said point being in the west line of the 229.84 acre tract and the east line of the 26.71 acre tract;

**Thence:** S 09°42'38" W (S 09°15'00" W, Record), continuing with the west line of the 229.84 acre tract and the east line of the 26.71 acre tract, for a distance of 88.71' to a point for the southeast corner of Tract RGV-RGC-8023, said point being in the north bank of the Rio Grande;

**Thence:** with the north bank of the Rio Grande, the following courses and distances:

• S 87°05'05" W, for a distance of 117.01' to a point for angle;
• S 59°56'25" W, for a distance of 35.04' to a point for the southwest corner of Tract RGVRGC-8023;

**Thence:** N 09°20'32" E (N 09°15'00" E, Record), departing the north bank of the Rio Grande, with the west line of the 26.71 acre tract and the east line of the east line of Share 10-A as described in the Final Decree of Partition recorded in Volume 227, Page 85, Deed Records of Starr County, Texas, and the east line of a called 1.000 acre tract conveyed to the Texas Water Development Board by Deed of Trust and Security Agreement recorded in Volume 1405, Page 321, Official Records of Starr County, Texas (Tract 1: Old Water Plant), for a distance of 60.59' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-3" in the west line of Tract RGV-RGC-8023;

**Thence:** N 09°20'32" E (N 09°15'00" E, Record), continuing with the west line of the 26.71 acre tract and the east line of the 1.000 acre tract, passing at 107.46' the northeast corner of the 1.000 acre tract and the southeast corner of a called 0.808 acre tract conveyed to Oscar Garza by Warranty Deed recorded in Volume 690, Page 10, Official Records of Starr County, Texas, continuing for a total distance of 226.32' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-8023-4" for the northwest corner of Tract RGV-RGC-8023, said point being in the west line of the 26.71 acre tract and the east line of the 0.808 acre tract;

**Thence:** N 71°26'09" E, departing the east line of the 0.808 acre tract, over and across the 26.71 acre tract, for a distance of 162.32' to the **Point of Beginning**.

### SCHEDULE C (Cont.)

Tract:  RGV-RGC-R8023E
Owners:  Artemio Barajas, *et al.*
Acres:  0.082

**Being** a 0.082 acres Access Easement tract (3,589 square feet) parcel of land, more or less, being out of Share 12 of the Antonia De La Rosa Survey, Abstract No. 148 in Porcion 85, Starr County, Texas, conveyed to Alvador Barajas, The Estate of Nora Edna G. Barajas & Unknown Heirs of Antonio Garcia, Volume 227, Page 85, Volume 364, Page 165, Volume 426, Page 805, Volume 1253, Page 407, and Volume 1268, Page 334. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker, said point being a 3 1/2" aluminum cap stamped SS12-2019, having the following NAD83 (2011) Grid Coordinates: N = 16646827.130, E = 899257.876.

**Thence:** S66°33'31"E, a distance of 1337.41 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap stamped RGV-RGC-R8023E-1, being on the East property line of Pedro Hugo and Claudia Lorena Garza, Volume 780, Page 164 and an interior property line of Salvador Barajas, the Estate of Nora Edna G. Barajas & Unknown Heirs of Antonio Garcia, Volume 227, Page 85, Volume 364, Page 165, Volume 426, Page 805, Volume 1253, Page 407, and Volume 1268, Page 334, for the **Point of Commencement** and the **Point of Beginning**, having the following coordinates: N = 16646295.095, E = 900484.906 for angle;

**Thence:** S71°56'03"E, leaving said property line a distance of 19.49 feet to a set 5/8"X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R8023E-2 for angle;

**Thence:** S64°40'15"E, a distance of 49.46 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R8023E-3 for the beginning of a non tangent curve to the right;

**Thence:** along a non tangent curve to the right, with a radius of 110.51 feet, a curve length of 67.05 feet, a chord bearing of S47°27'56"E, a chord length of 66.03 feet and a central angle of 34°45'42", to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, designated as RGV-RGC-R8023E-4, for the ending of a non tangent curve to the right;

**Thence:** S71°26'09"W, a distance of 30.86 feet to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, designated as RGV-RGC-R8023E-5, for the beginning of a non tangent curve to the left; **Thence:** along a non tangent curve to the left, with a radius of 80.51 feet, a curve length of 42.72 feet, a chord bearing of N49°40'32"W, a chord length of 42.22 feet and a central angle of 30°24'07", to a set 5/8" X 36" iron rebar and 3 1/4" aluminum cap, designated as to a RGV-RGC-R8023E-6, for the ending of a non tangent curve to the left;

### SCHEDULE C (Cont.)

**Thence:** N64°40'15"W, a distance of 47.60 feet to a set 5/8" X 36" iron rebar and plastic easement cap, designated as RGV-RGC-R8023E-7 for angle;

**Thence:** N71°56'03"W, a distance of 12.93 feet to a set 5/8" X 36" iron rebar and plastic easement cap, being on the East property line of Oscar Garza, Volume 690, Page 10 and an interior property line of Salvador Barajas, the Estate of Nora Edna G. Barajas & Unknown Heirs of Antonio Garcia, Volume 227, Page 85, Volume 364, Page 165, Volume 426, Page 805, Volume 1253, Page 407, and Volume 1268, Page 334, designated as RGV-RGC-R8023E-8 for angle;

**Thence:** N09°14'26"E, continuing along said property lines, passing through the Southeast corner of Pedro Hugo and Claudia Lorena Garza, Volume 780, Page 164 at a distance of 27.04 feet, for a total distance of 30.36 feet returning to the **Point of Beginning**.

# SCHEDULE D

## SCHEDULE D

### MAP or PLAT

### LAND TO BE CONDEMNED



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|------|---------|----------|-------------|--------------|
| L1 | S 67°41'06" E | 1478.74' | N/A | N/A |
| L2 | S 09°42'38" W | 35.12' | S 09°15'00" W | N/A |
| L3 | S 09°42'38" W | 227.10' | S 09°15'00" W | N/A |
| L4 | S 09°42'38" W | 88.71' | S 09°15'00" W | N/A |
| L5 | S 87°05'05" W | 117.01' | N/A | N/A |
| L6 | S 59°56'25" W | 35.04' | N/A | N/A |
| L7 | N 09°20'32" E | 60.59' | N 09°15'00" E | N/A |
| L8 | N 09°20'32" E | 226.32' | N 09°15'00" E | N/A |
| L9 | N 71°26'09" E | 162.32' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|--------------|----------|---------|---------------|
| 1 | 16646231.034 | 900619.951 | RGV-RGC-8023-1=8024-1 |
| 2 | 16646007.193 | 900581.646 | RGV-RGC-8023-2=8024-9 |
| 3 | 16645919.754 | 900566.683 | RGV-RGC-8023-2-1 |
| 4 | 16645913.803 | 900449.526 | RGV-RGC-8023-2-2 |
| 5 | 16645896.253 | 900419.502 | RGV-RGC-8023-2-3 |
| 6 | 16645956.041 | 900429.338 | RGV-RGC-8023-3 |
| 7 | 16646179.357 | 900466.077 | RGV-RGC-8023-4 |
| 8 | 16646265.652 | 900625.875 | POC RGV-RGC-8023 8024 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 08/29/2024.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1616

| | | | |
|---|---|---|---|
| **METES & BOUNDS SURVEY** | | | |
| SALVADOR BARAJAS, THE ESTATE OF NORA EDNA G. | | | |
| BARAJAS & UNKNOWN HEIRS OF ANTONIO GARCIA | | | |
| **TRACT No. RGV-RGC-8023** | | | |
| **STARR COUNTY** | **TEXAS** | | |





ENGINEERING, INC.



MDS PROJ. NO. 23-800-00    FILE NAME: RGV-RGC-8023    DATE: 9/16/2024

## SCHEDULE D (Cont.)

(1)
FRANCISCA LOPEZ GARCIA,
LORENZO LOPEZ, ALFREDO GARCIA,
ZARAGOZA GARCIA, ANTONIO GARCIA,
CLEMENCIA GARZA CANTU
& GUADALUPE GARZA
CALLED 26.71 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 12)

ANTONIO GARCIA
WARRANTY DEED
VOL. 364, PG. 165 DRSC

SALVADOR BARAJAS
& NORA EDNA G. BARAJAS
WARRANTY DEED
VOL. 426, PG. 805 DRSC

(4)
OSCAR GARZA
CALLED 0.808 OF AN ACRE
WARRANTY DEED
VOL. 690, PG. 10 ORSC

(7)
GILBERTO CHAPA JR.
CALLED 0.80 ACRES
DEED OF GIFT
VOL. 943, PG. 3 ORSC
(SHARE 7)

(10)
LUCIA VALADEZ
CALLED 50.58 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 9-B)

(13)
TOMAS GARZA
CALLED 0.69 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 11-A)

(16)
EMMA LINDA FALCON
& ERIKA CLAIRE
CALLED 0.62 ACRE
CORRECTION DEED OF GIFT
VOL. 1299, PG. 51 ORSC

(19)
THERESA FALCON SAENZ
CALLED 0.505 OF ONE ACRE
DEED OF GIFT
VOL. 1197, PG. 537 ORSC

(2)
CALLED 229.84 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 23-A)

AL E. MARGO, FREDERICK J. MARGO,
RICHARD L. MARGO
& VIRGINIA GAIL MARGO
SPECIAL WARRANTY DEED
VOL. 1239, PG. 499 ORSC

(5)
CLARISSA YVETTE RIVAS
CALLED 0.01343 ACRE
DEED OF GIFT
VOL. 1033, PG. 1 ORSC

(8)
MARIA LOPEZ DE GUTIERREZ, ET AL
CALLED 3.17 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 6)

(11)
CALLED 7.652 ACRES
FINAL JUDGEMENT-CAUSE No. 2232
VOL. 138, PG. 215 DRSC
(SHARE 4-B)

(14)
JESUS RIOS, ET AL
CALLED 0.53 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 5)

(17)
EMMA LINDA FALCON
CALLED 1.00 ACRE
CORRECTION DEED OF GIFT
VOL. 1299, PG. 46 ORSC

(20)
TEXAS WATER DEVELOPMENT BOARD
CALLED 1,000 ACRE
DEED OF TRUST
& SECURITY AGREEMENT
VOL. 1405, PG. 321 ORSC
(TRACT I: OLD WATER PLANT)

(3)
VICTOR VINCENT VICINAIZ
& ILEANA THELMA CHAPA VICINAIZ
CALLED 1.88 ACRES
WARRANTY DEED
VOL. 678, PG. 104 ORSC

(6)
PEDRO HUGO GARZA
& CLAUDIA LORENA GARZA
CALLED 0.71 ACRES
WARRANTY DEED
VOL. 780, PG. 164 ORSC
(SHARE 8)

(9)
ENRIQUETA ALDRETE DE CUELLAR
CALLED 2.81 ACRES
FINAL DECREE OF PARTITION
VOL. 227, PG. 85 DRSC
(SHARE 14S)

(12)
CALLED 7.090 ACRES
FINAL JUDGEMENT-CAUSE No. 2232
VOL. 138, PG. 215 ORSC
(SHARE 5-A)

(15)
ROSE M. FALCON
CALLED 1.10 ACRES
GIFT DEED
VOL. 1455, PG. 198 ORSC

(18)
THERESA FALCON SAENZ
CALLED 0.50 ACRES
DEED OF GIFT
VOL. 712, PG. 370 ORSC

(21)
OWNER UNKNOWN
(NO DEED OF RECORD FOUND)

(22)
OWNER UNKNOWN
(NO DEED OF RECORD FOUND)



**LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
874 HARPER ROAD, SUITE 104 • KERRVILLE, TX 78028 • 830-816-1818

**METES & BOUNDS SURVEY**
SALVADOR BARAJAS, THE ESTATE OF NORA EDNA G.
BARAJAS & UNKNOWN HEIRS OF ANTONIO GARCIA
TRACT No. RGV-RGC-8023
STARR COUNTY    TEXAS


ENGINEERING, INC
508 AIRPORT ROAD
HOT SPRINGS, AR 71913

Drawing SHEET 5 OF 7

## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



**LEGEND:**

| Symbol | Description |
|---|---|
| | CONTROL POINT (AS NOTED) |
| | FOUND MONUMENT (AS NOTED) |
| | SET 5/8" IR W/ CAP (AS NOTED) |
| | RIGHT OF WAY |
| | PROPERTY LINE |
| | ACQUISITION BOUNDARY |
| | EXISTING / PROPOSED ACQUISITION BOUNDARY |
| | PORCION LINE |
| | FENCE |
| | FENCE POST |
| | ROADWAY EDGE |
| | VEGETATION LINE |
| | CULTIVATION LINE |
| | WATERS EDGE |
| | GUY WIRE |
| | UTILITY POLE |
| | ELECTRIC OVERHEAD |
| | MAIL BOX |
| | SIGN |
| | WATER METER |
| | WATER VALVE |
| | STRUCTURE OUTLINE |
| | MISCELLANEOUS SITE POINT (AS NOTED) |

| Abbr. | Meaning |
|---|---|
| N. | NORTHING |
| E. | EASTING |
| ELEV. | ELEVATION |
| S.C.C.H. | STARR COUNTY COURT HOUSE |
| S.C.C.M. | STARR COUNTY CADD MAP |
| S.C.A.D. | STARR COUNTY APPRAISAL DISTRICT |
| W. | WITH |
| UNK. | UNKNOWN |
| ALUM. | ALUMINUM |
| CONC. | CONCRETE |
| CALC. | CALCULATED POINT |
| POC. | POINT OF COMMENCEMENT |
| POB. | POINT OF BEGINNING |
| PG. | PAGE |
| VOL. | VOLUME |
| DOC. | DOCUMENT |
| MON. | MONUMENT |
| R.O.W. | RIGHT-OF-WAY |
| 1STCB | 1 STORY COMMERCIAL BUILDING |
| 1STFR | 1 STORY FRAME HOME |
| 1STBR | 1 STORY BRICK HOME |
| SHDWF | SHED WOOD FRAME |
| GZB | GAZEBO OR SIMILAR |

**GENERAL SURVEYOR'S NOTES:**

1. THE BEARINGS, DISTANCES, ACREAGE AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A COMBINED SCALE FACTOR OF 0.9999564308 (E.G. GRID / 0.9999564308 = SURFACE).
2. ELEVATION DATA AND ELLIPSOID HEIGHT SHOWN HEREON ARE IN SURVEY FEET AND REFERENCED TO NAVD88 USING GEOID 2012B.
3. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
4. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. TITLE RESEARCH WAS PERFORMED BY THE SURVEYOR; HOWEVER THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS THAT WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION AND COMMITMENT.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORPS CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1463.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON FEBRUARY 12, 2024 (TICKET NO. 2454304516).

**MONUMENT TABLE**

| MONUMENT NAME | NORTHING | EASTING | ELEVATION | ELLIPSOID HEIGHT |
|---|---|---|---|---|
| RGV-RGC-R8023E-1 | 16646295.095 | 900484.906 | 154.133 | 76.461 |
| RGV-RGC-R8023E-2 | 16646289.051 | 900503.436 | 154.154 | 76.481 |
| RGV-RGC-R8023E-3 | 16646267.892 | 900548.140 | 153.915 | 76.242 |
| RGV-RGC-R8023E-4 | 16646223.257 | 900596.792 | 154.862 | 77.188 |
| RGV-RGC-R8023E-5 | 16646213.433 | 900567.539 | 154.696 | 77.023 |
| RGV-RGC-R8023E-6 | 16646240.755 | 900535.350 | 154.483 | 76.810 |
| RGV-RGC-R8023E-7 | 16646251.121 | 900492.302 | 154.350 | 76.678 |
| RGV-RGC-R8023E-8 | 16646265.130 | 900480.031 | 153.875 | 76.203 |

| SHEET NO. | METES & BOUNDS SURVEY |
|---|---|
| 5 OF 5 | SALVADOR BARAJAS, THE ESTATE OF NORA EDNA G. BARAJAS & UNKNOWN HEIRS OF ANTONIO GARCIA |
| | TRACT NO. RGV-RGC-R8023E |
| | STARR COUNTY    TEXAS |

| DRAWN BY: JP | 03/24 |
| CHECKED BY: WBG | 03/24 |
| SURVEY DATE: | 03/24 |
| PLOT DATE: | 04/24 |
| SHEET SIZE: | ANSI-A |

| MARK | DESCRIPTION | DATE | APPR. |
|---|---|---|---|

REMOVABLE BARRIER SURVEY PROJECT
CONTRACT NO.: W9126G-19-D-0054





US Army Corps of Engineers®

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-8023

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals;

Reserving to the owners of land described as Share 12 in the Final Decree of Partition recorded in Volume 227, Page 85 of the Deed Records of Starr County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.


Tract:  RGV-RGC-R8023E

A non-exclusive, perpetual and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for use by the United States, its representatives, agents, and contractors, for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and/or underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines, if any; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road and utility easement.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

<u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the lands being taken is SIX THOUSAND

TWO HUNDRED THIRTY-NINE DOLLARS AND NO/100 ($6,239.00), to be deposited

herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Artemio Barajas**<br><br>Dixon, CA ████ | **RGV-RGC-8023; R8023E**<br>Final Decree of Partition, dated June 12, 1957, recorded on July 19, 1957, in Vol. 227, Page 85, Document 1957-46708, Official Public Records, Starr County, TX<br>Warranty Deed, dated April 21, 1972, recorded on April 24, 1972, in Vol. 364, Page 165, Document 1972-80496, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated February 22, 1980, recorded on February 27, 1980, in Vol. 426, Page 805, Document 1980-102833, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated April 11, 2023, recorded on October 29, 2024, Document 2024-385485, Official Public Records, Starr County, TX |
| **Rosa Maria Garcia Salinas aka Maria Garcia Salinas**<br><br>Edinburg, TX ████<br><br><br>**Laura Edna Garcia Rodriguez**<br><br>Rio Grande City, TX ████ | **RGV-RGC-8023; R8023E**<br>Final Decree of Partition, dated June 12, 1957, recorded on July 19, 1957, in Vol. 227, Page 85, Document 1957-46708, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated April 21, 1972, recorded on April 24, 1972, in Vol. 364, Page 165, Document 1972-80496, Official Public Records, Starr County, TX<br><br>Affidavit of Death and Heirship Re: Antonio Garcia Lopez, dated March 17, 1999, recorded on March 18, 1999, in Vol. |

| | |
|---|---|
| | 829, Page 614, Document 1999-202061, Official Public Records, Starr County, TX<br><br>Affidavit of Facts Concerning the Identity of Heirs by Disinterested Parties, recorded on October 29, 2007, in Vol. 1168, Page 272, Document 2007-270012, Official Public Records, Starr County, TX |
| **Jaime Garcia**<br><br>Harlingen, Texas<br><br><br>**Noel Garcia**<br><br>Rio Grande City, Texas<br><br><br>**Leonel Garcia**<br><br>Rio Grande City, TX | **RGV-RGC-8023; R8023E**<br>Affidavit of Death and Heirship of Zaragosa Garcia, dated January 11, 2010, recorded on January 11, 2010, in Vol. 1261, Page 273, Document 2010-287944, Official Public Records, Starr County, TX<br><br>Final Decree of Partition, dated June 12, 1957, recorded on July 19, 1957, in Vol. 227, Page 85, Document 1957-46708, Official Public Records, Starr County, TX<br><br>Warranty Deed, dated December 26, 1963, recorded on January 3, 1964, Document 1964-60750, Official Public Records, Starr County, TX<br><br>Quitclaim Deed, dated February 12, 2009, recorded on March 25, 2010, in Vol. 1268, Page 334, Document 2010-289385, Official Public Records, Starr County, TX |
| **Unknown Heirs of Alfredo Garcia** | **RGV-RGC-8023; R8023E**<br>Final Decree of Partition, dated June 12, 1957, recorded on July 19, 1957, in Vol. 227, Page 85, Document 1957-46708, Official Public Records, Starr County, TX |
| **Ameida Salinas**<br>**Starr County Tax Assessor-Collector**<br>100 N. FM 3167, Room 201<br>Rio Grande City, TX 78542 | **RGV-RGC-8023; R8023E**<br>Account No. 1268 Salvador Barajas<br><br>Account No. 7051 Maria Salinas Garcia and Laura Edna Rodriguez |

| | |
|---|---|
| | Account No. 8419 Zaragoza Garcia<br><br>Account No. 32886 Zaragoza Garcia – this acct only comes up in tax office; not in CAD |