Case 7:25-cv-00255   Document 27   Filed on 09/20/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:25-CV-00255 |
| § | |
| 1.04 ACRES OF LAND, MORE OR LESS, *et al.*, § § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 3, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge J. Scott Hacker. (Dkt. No. 25). Judge Hacker made findings and conclusions and recommended that Plaintiff's Motion for Immediate Possession, (Dkt. No. 13), be **GRANTED**, (Dkt. No. 25).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 25), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion for Immediate Possession, (Dkt. No. 13), is **GRANTED**.

It is SO ORDERED.

Signed on September 20, 2025.

                                                                           **DREW B. TIPTON**
                                                    **UNITED STATES DISTRICT JUDGE**